UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT MALLIN,

                           **Plaintiff,**                                      **21-CV-03763 (JPC) (VF)**

           -against-                                         **ORDER**

RETAIL WORX LLC,

                           **Defendant.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Friday, June 24, 2022,** providing the Court an update on the status of the case, including the status of discovery and any settlement discussions.

**SO ORDERED.**

DATED:     New York, New York
                June 17, 2022

                                                           _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge