```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MALLIN,

                        Plaintiff,                 21-CV-03763 (JPC) (VF)

        -against-                                  ORDER

RETAIL WORX LLC,

                        Defendant.
-----------------------------------------------------------------X
```

VALERIE FIGUEREDO, United States Magistrate Judge:

On June 24, 2022, the parties submitted a joint letter (ECF No. 17), indicating that the parties had reached a settlement in principal, were in the midst of reducing the terms to writing, and intended to file a notice of dismissal following the execution of the agreement. The parties are ordered to file a joint letter no later than **Friday, August 12, 2022,** providing the Court an update on the status of the settlement agreement.

**SO ORDERED.**

DATED:    New York, New York
          August 4, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge