```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROBERT MALLIN,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :       21 Civ. 3763 (JPC) (VF)
              -v-                                                :
                                                                 :              ORDER
RETAIL WORX LLC,                                                 :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On December 8, 2022, Plaintiff informed the Court that he had reached a written settlement with Defendant and was awaiting a settlement payment. Dkt. 21. The Honorable Valerie Figueredo, to whom this case was assigned for general pretrial supervision, directed the parties to file a joint status letter by January 23, 2023. Dkt. 22. The docket reflects that the parties never filed this letter. Therefore, the parties shall file a joint status letter by July 17, 2023, and shall appear at a conference before the undersigned to discuss their settlement efforts on July 31, 2023, at 11:00 a.m. The conference shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: July 10, 2023  
      New York, New York

                                                      JOHN P. CRONAN  
                                               United States District Judge